IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

WARREN SELLERS KEOWN, )
)
Plaintiff, )
)
vs. ) CV 00-C-0446-NE
)
MADISON COUNTY JAIL and )
MADISON COUNTY JAIL MEDI-CARE )
INSURANCE COMPANY, )
)
Defendants. )

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on April 27, 2000, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b). The plaintiff filed objections to the report and recommendation on May 9, 2000.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this ____ day of _May_____, 2000.

U. W. CLEMON
UNITED STATES DISTRICT JUDGE